**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HASSAN BIN ATTASH,

                Petitioner,

    *v.*

BARACK H. OBAMA, *et al.*,

                Respondents.

Civil Action No. 05-CV-01592 (RCL)

## ORDER RE STIPULATED MOTION TO EXTEND TIME

Upon consideration of Petitioner's Stipulated Motion to Extend Time, it is hereby

ORDERED that the request for extensions of time is GRANTED as follows:

1.      Petitioner's traverse and motion for judgment on the record shall be due by April 23, 2010;

2.      Respondents shall have 45 days thereafter to file an opposition and cross-motion for judgment on the record;

3.      Petitioner shall have 30 days thereafter to file a reply to its motion and an opposition to Respondents' cross-motion; and

4.      Respondents shall have 21 days thereafter to file a reply to their cross-motion for judgment on the record.

3/10/2010

Date

/s/

Chief Judge Royce C. Lamberth
United States District Judge

- 1 -